

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-12-00612-CR

ANTHONY MARBLEY                                                                 APPELLANT

V.

THE STATE OF TEXAS                                                                  STATE

------------

### FROM COUNTY CRIMINAL COURT NO. 2 OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On December 11, 2012, appellant Anthony Marbley filed a notice of appeal from the order revoking his community supervision. Appellant's retained counsel filed a "Motion To Dismiss Appeal" on November 22, 2013. In an affidavit attached to his motion, retained counsel stated that he has been unsuccessful in contacting his client by phone since August 2013, and that appellant's whereabouts are unknown. Because the motion was not signed by appellant as required by rule of appellate procedure 42.2(a), we abated the appeal and remanded to the trial court for a hearing. *See* Tex. R. App. P.

---

[1]*See* Tex. R. App. P. 47.2(b).

42.2(a); *Faretta v. California*, 422 U.S. 806, 835, 95 S. Ct. 2525, 2541 (1975); *Hubbard v. State*, 739 S.W.2d 341, 345 (Tex. Crim. App. 1987).

We have received the supplemental reporter's record of the abatement hearing, which was held on January 14, 2014. Appellant did not appear at the hearing. The trial court stated on the record that notice of the hearing had been sent to appellant's last known address and that such notice had been returned as undeliverable. The trial court stated that it had no additional information on appellant's location and found that, having failed to respond, appellant indicated no desire to prosecute the appeal.

Based upon the trial court's findings and the supplemental reporter's record filed in this court, we conclude that good cause exists to suspend the operation of rule 42.2(a) in this case. *See* Tex. R. App. P. 2, 42.2(a). No decision of this court having been delivered before we received the motion to dismiss, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: February 6, 2014

2